UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NAVIN A. MILKO,<br><br>Petitioner,<br><br>v.<br><br>KARIN ARNOLD,<br><br>Respondent. | CASE NO. 3:25-CV-6085-JHC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed de novo the Report and Recommendation (R&R) of Magistrate Judge David W. Christel (Dkt. # 18), the objections to the Report and Recommendation (Dkt. # 19), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the R&R. While Petitioner objects to the R&R, his one page of argument is superficial, and he does not meaningfully engage with the analysis in the R&R. Dkt. # 19 at 2.

(2) Petitioner's federal habeas Petition is dismissed with prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

//

//

**DATED** this 25th day of August, 2026.

JOHN H. CHUN
United States District Judge