UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NAVIN A. MILKO,<br><br>Petitioner,<br><br>v.<br><br>KARIN ARNOLD,<br><br>Respondent. | CASE NO. 3:25-cv-06085-JHC<br><br>**ORDER** |

Before the Court is Petitioner's unopposed motion for leave to proceed *in forma pauperis*. Dkt. # 22. The Court GRANTS the motion.

**DATED** this 22nd day of October, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge